## UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| ALEX SANCHEZ, | ) |
| Plaintiff, | ) ) ) Case No.: 1:21-cv-00410-LPS |
| v. | ) ) |
| THE MICHAELS COMPANIES, INC., ASHLEY BUCHANAN, MARK S. COSBY, JOSHUA BEKENSTEIN, RYAN COTTON, MONTE E. FORD, KAREN KAPLAN, MATTHEW S. LEVIN, JOHN J. MAHONEY, JAMES A. QUELLA, and BERYL B. RAFF, | ) ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: April 26, 2021            **LONG LAW, LLC**

           By:   */s/ Brian D. Long*
           Brian D. Long (#4347)
           3828 Kennett Pike, Suite 208
           Wilmington, DE 19801
           (302) 729-9100
           bdlong@longlawde.com

           *Attorneys for Plaintiff*

1